212 U.S. 565
 29 S.Ct. 691
 53 L.Ed. 653
 SPOKANE VALLEY LAND & WATER COMPANY, Plaintiff in Error,
v.
R. Madson and Anna C. Madson, His Wife SPOKANE VALLEY LAND & WATER COMPANY, Plaintiff in Error, v. R. Madson and Anna Madson
 No. 202.
 No. 231.
 January 25, 1909.
 
 1
 Mr. Albert Allen for plaintiff in error.
 
 
 2
 Mr. S. C. Hyde for defendants in error.
 
 
 3
 Per Curiam: Writs of Error dismissed for want of jurisdiction. Hardin v. Shedd, 190 U. S. 508, 47 L. ed. 1156, 23 Sup. Ct. Rep. 685; Mutual L. Ins. Co. v. McGrew, 188 U. S. 291, 47 L. ed. 480, 63 L.R.A. 33, 23 Sup. Ct. Rep. 375; Hulbert v. Chicago, 202 U. S. 275, 50 L. ed. 1026, 26 Sup. Ct. Rep. 617; Madson v. Spokane Valley Land & Water Co. 40 Wash. 414, 6 L.R.A. (N.S.) 257, 82 Pac. 718, 46 Wash. 640, 91 Pac. 1.